IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | |
| JACKIE P. BREWINGTON | * | Criminal Action No.: JFM-05-061 |
| | * | |

\*\*\*\*\*\*

## MEMORANDUM

Jackie Brewington has filed a "Missive For A Two Point Reduction." It is beyond the power and jurisdiction of this court to grant a reduction of sentence. *See* Fed. R. Crim. P. 35(d). Accordingly, the "Missive" is denied.

Date: 8/27/15

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 AUG 27 PM 12:51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY